**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MID-CONTINENT ENGINEERING, INC., a Minnesota corporation, Plaintiff, | Court File No. 00CV00935 |
| v. | **ORDER** |
| PARFUSE CORPORATION, a Foreign corporation, Defendant. | **FOR EXTENSION OF TIME** |

Based upon the attached Stipulation, it is hereby ORDERED

That defendant's time to answer, submit pleadings, and allow defense to obtain local counsel pursuant to the local rules of the Court be extended up to and including May 26, 2000.

Dated: 5/17/00

BY THE COURT:

[signature]
Magistrate Judge John M. Mason

Doc# 1230949\1

FILED MAY 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

----------------------------------------------------------------------X

MID-CONTINENT ENGINEERING, INC.,
a Minnesota corporation,

Plaintiff,

- against -

PARFUSE CORPORATION,
a Foreign corporation,

Defendant.

----------------------------------------------------------------------X

Court File No: 00CV00935

STIPULATION

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that the defendant's time to answer, submit pleadings and allow defense counsel to obtain local counsel pursuant to the local rules of the Court be extended up to and including May 26, 2000 on consent of all parties.

Dated: Mineola, New York
May 11, 2000

PILLARI & VELLA, ESQS.
Attorneys for Defendant
114 Old Country Road
Suite 652
Mineola, New York 11501
(516) 873-8787

LINDQUIST & VENNUM, P.L.L.P.
Attorneys for Plaintiff
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______