**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

MID-CONTINENT ENGINEERING, INC., a Minnesota corporation,

Plaintiff,

vs.

PARFUSE CORPORATION, a Foreign corporation,

Defendant.

**CASE NO. 00-CV-00935 (RHK/JMM)**

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

---

IT IS HEREBY AGREED AND STIPULATED by and between the parties that the time for Defendant Parfuse Corporation to answer, move, or otherwise respond to Plaintiff's Complaint is extended to June 16, 2000. This Stipulation is without waiver of any rights of either party. No further extensions w/o [illegible]

Date: May 30, 2000

**OPPENHEIMER WOLFE & DONNELLY LLP**

By: [signature]

Jeffrey J. Bouslog (#174671)
Jacqueline M. Moen (#239896)
3400 Plaza VII, 45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**ATTORNEYS FOR DEFENDANT**

FILED JUN 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Date: May 26, 2000

**LINDQUIST & VENNUM P.L.L.P.**

By: ______________________________
Kurtis A. Greenley (#37527)
David A. Allgeyer (#12042x)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 371-3211

**ATTORNEYS FOR PLAINTIFF**

**IT IS SO ORDERED.**
6/5/00

______________________________
JOHN M. MASON
United States Magistrate Judge