ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**fourth division**

---

MID-CONTINENT ENGINEERING, INC.,
a Minnesota corporation,

Plaintiff,

vs.

PARFUSE CORPORATION,
a Foreign corporation,

Defendant.

**Civ. No. 00-CV-00935 (RHK/JMM)**

**STIPULATION FOR LEAVE TO FILE AMENDED ANSWER TO ADD COUNTERCLAIM** and ORDER

---

## STIPULATION

Plaintiff Mid-Continent Engineering, Inc. and Defendant Parfuse Corporation hereby stipulate and agree that this Court may enter an Order, pursuant to Federal Rules of Civil Procedure 13(f) and 15(a), granting leave to Defendant Parfuse to file its Amended Answer with Counterclaim, a copy of which was attached to Parfuse's Motion for Leave to File Amended Answer to Add Counterclaim, filed with this Court on or about September 29, 2000.

Date: October 11, 2000.

**LINDQUIST & VENNUM PLLP**

By [signature]
Kurtis A. Greenley (#37527)
David A. Allgeyer (#12042x)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

**ATTORNEYS FOR PLAINTIFF MID-CONTINENT ENGINEERING, INC.**

FILED OCT 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: October ____, 2000.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By
Jeffrey J. Bouslog (#174671)
Jacqueline M. Moen (#239896)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100

**ATTORNEYS FOR Defendant**
**Parfuse corporation**

TC2: 484289 v01 09/29/2000

**ORDER**

Based upon the stipulation of the parties set forth above,

IT IS HEREBY ORDERED: That Parfuse Corporation shall have leave to file its Amended Answer with Counterclaim, pursuant to Federal Rules of Civil Procedure 13(f) and 15(a).

Dated: 10/23, 2000

JOHN M. MASON
United States Magistrate Judge

TC2: 484289 v02 10/09/2000