UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MID CONTINENT ENGINEERING,
INC., a Minnesota corporation,

Plaintiff,

vs CV 00-935 RHK/JMM

PARFUSE CORPORATION, A Foreign
corporation,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 10, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

DEC 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK